AO 470  (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ LOUISIANA

UNITED STATES OF AMERICA

RECEIVED

JUN – 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Thomas Paul Bourque
_____
Defendant

Case Number: 04 – 60049-02

Upon motion of the _____ Defendant _____ , it is ORDERED that a

detention hearing is set for __ June 11 2007 __ * at __ 10:00 a.m. __
Date ................................................ Time

before __ Magistrate Judge C. Michael Hill __
Name of Judicial Officer

__ Courtroom 6, 800 Lafayette St., Lafayette, Louisiana __
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

Date: __ June 7, 2007 __

COPY SENT:
DATE: 6-7-07
BY: gbc
TO: USM
Blanchard  USPO
Finley

C. Michael Hill
UNITED STATES MAGISTRATE JUDGE

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.