UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 04-60049-02 |
| VERSUS | * | JUDGE DOHERTY |
| THOMAS PAUL BOURQUE | * | MAGISTRATE JUDGE HILL |

### DETENTION ORDER

The defendant, Thomas Paul Bourque, appeared for a hearing to set conditions of release on June 11, 2007. After considering the evidence, the court orders that the defendant be **detained** pending the final revocation hearing. The defendant has previously admitted violations of his supervised release conditions.

### DETENTION

Once the finding is made that probable cause exists to hold the defendant for a final revocation hearing (admitted here), the burden shifts to the defendant to establish that he will not flee or pose a danger to any person or the community. Rule 32.1 (a) (6) FRCrP. The defendant failed to carry this burden, as the evidence submitted at the hearing showed that the defendant was unable to follow the terms of his supervised release, and the third party custodian presented by the defendant was unable to keep the defendant from using drugs in the past. Therefore, I find that the defendant has failed to carry his burden under Rule 32.1 (a) (6).

**IT IS ORDERED** that the defendant, Keefe A. Anderson, be detained pending a final revocation hearing to be held by Judge Doherty

Lafayette, Louisiana, June 11, 2007.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE